UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BC REI, LLC AND CHALIN O. PEREZ, JR.** | **CIVIL ACTION NO. 2:23-cv-06153** |
| **VERSUS** | **JUDGE ELDON E. FALLON** |
| **ZURICH AMERICAN INSURANCE COMPANY** | **MAGISTRATE JUDGE JANIS VAN MEERVELD** |

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the *Joint Motion to Dismiss with Prejudice,* R. Doc. 43;

**IT IS ORDERED** that the *Joint Motion to Dismiss with Prejudice,* is hereby **GRANTED**, and that Plaintiffs, BC REI, LLC and Chalin O. Perez, Jr.'s claims and causes of action against Defendant, American Guarantee and Liability Insurance Company are dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana this 14th day of August, 2025.

_____
United States District Judge